In the Matter of the Accounting of HENRY M. HUBBELL et al., as Trustees under the Will of SOPHIE E. HUBBELL, Deceased. HENRY M. HUBBELL et al., Individually and as Trustees under the Will of SOPHIE E. HUBBELL, Deceased, Appellants; ESTHER C. WELTMER et al., Respondents.— In this proceeding by testamentary trustees for the settlement of an intermediate account, and for

advice and direction as to the propriety of the sale of trust property, order of the Westchester County Surrogate's Court directing the trustees to submit to examination, pursuant to section 263 of the Surrogate's Court Act, affirmed, with one bill of $10 costs and disbursements to the respondents payable out of the estate. No opinion. Lewis, P. J., Hagarty, Adel, Aldrich and Nolan, JJ., concur.